PAUL R. KLEINBERG, PLAINTIFF-RESPONDENT, v.
CHARLES SCHWARTZ, DEFENDANT-PETITIONER.

See same case below : 87 *N. J. Super.* 216.

*Messrs. Clapp & Eisenberg, Mr. Howard T. Rosen* and *Mr. Arnold K. Mytelka* for the petitioner.

*Mr. Jack L. Cohen* for the respondent.

June 7, 1965. Granted.

THE PINGRY CORPORATION, PETITIONER, v. TOWNSHIP
OF HILLSIDE, RESPONDENT.

See same case below : 86 *N. J. Super.* 437.

*Messrs. McCarter & English* for the petitioner.

*Mr. A. Howard Finkel* for the respondent.

June 7, 1965. Granted.